JS-6

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(~~OR PARTIES~~) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 9/24/14

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| PHANTHAMITH MANILA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Respondents. | Case No. CV 14-06741 SJO (AN)<br><br>JUDGMENT |

　　IT IS HEREBY ADJUDGED that this action is dismissed for the reasons set forth in the related Order Dismissing Petition For Lack of Jurisdiction.

Dated: September 22, 2014

　　　　　　　　　　　　　　　　　S. James Otero
　　　　　　　　　　　　　　　　───────────────
　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE